# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JUDITH DEMERITT,**

      **Plaintiff,**

v.                                                                     **Case No: 6:20-cv-89-PGB-GJK**

**WAL-MART STORES EAST, LP,,**

      **Defendant.**

_____/

## ORDER

This cause comes before the Court following a jury trial. On November 17, 2021, the jury returned a verdict which, upon review, is in proper form. The Court finds that there is no just reason to delay the entry of judgment. Pursuant to the jury's verdict, it is therefore **ORDERED** as follows:

The Clerk of Court is **DIRECTED** to enter the following judgment by separate order:

1. Judgment is hereby entered in favor of Plaintiff, Judith Demeritt, and against Defendant, Wal-Mart Stores East, L.P.

2. It is **ORDERED, DECLARED, and DECREED** that Plaintiff Judith Demeritt shall recover from Defendant Wal-Mart Stores East, L.P., the total of Two Million Dollars ($2,000,000.00).[1]

---

[1] The jury awarded Judith Demeritt $150,000.00 in damages for past lost earnings and past and future medical expenses, and $1,850,000.00 in damages for pain and suffering, disability,

Thereafter, the Clerk is **DIRECTED** to close the case. The Court retains jurisdiction to resolve any post-trial motions.

**DONE AND ORDERED** in Orlando, Florida on November 18, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, and loss of capacity for the enjoyment of life. (Doc. 268).